HELEN B. ECKLER *vs.* W. S. B. WAKE.

Third Judicial District.

Argued January 23d—decided October 10th, 1913.

ACTION to recover damages for an alleged assault and battery, brought to the City Court of Waterbury and thence by the plaintiff's appeal to the District Court of Waterbury and tried to the jury before *Meigs, Deputy-Judge;* verdict and judgment for the defendant, and appeal by the plaintiff. *No error.*

*John H. Cassidy,* for the appellant (plaintiff).

*Charles G. Root,* with whom was *Edward B. Reiley, Jr.,* for the appellee (defendant).

Opinion filed with the clerk of the District Court of Waterbury.